# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

**UNITED STATES OF AMERICA**

**V.**                                                                                                          **NO. 3:15CR132**

**JAMES WARR**

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Date and Time |
|---|---|
| **United States Federal Building**<br>**305 Main Street**<br>**Greenville, Mississippi  38701**<br><br>**Courtroom 1 – Third Floor** | **December 8, 2015**<br>**10:30 a.m.** |

Type of Proceeding:

**WAIVER OF INDICTMENT/FILING OF INFORMATION/
PLEA AS TO COUNTS ONE AND TWO OF AN INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE DEBRA M. BROWN.
A PRESENTENCE INTERVIEW WILL TAKE PLACE FOLLOWING
THE PLEA PROCEEDINGS. COUNSEL FOR DEFENDANT MAY ATTEND.**
\* ==ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.==

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
    Rita Thomas, Courtroom Deputy

Date: November 24, 2015

Electronic notice only to:

| | |
|---|---|
| John Keith Perry, Jr., Defense Attorney | U.S. Probation Service |
| Jamiel M. Wiggins, U.S. Attorney | U.S. Marshal Service |

If you have questions, contact Rita Thomas at 662-335-4416 or rita_thomas@msnd.uscourts.gov