UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.

JAMES WARR

CRIMINAL NO. 3:15CR 132-B-A

21 U.S.C. § 841
21 U.S.C. § 841
21 U.S.C. § 846
18 U.S.C. § 924

## INFORMATION
(upon waiver of Indictment)

### Count One

Commencing on a date unknown in January 2015, and continuing until at least September 2015, in the Northern District of Mississippi and elsewhere, the defendants, JAMES WARR, Kendrick Echols, Edward Moore, Roderick Barnes and Michael Trotter, did unlawfully, knowingly, and intentionally combine, conspire, and agree with each other and persons both known and unknown to the United States Attorney to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride (powder cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about May 12, 2015, in the Northern District of Mississippi, JAMES WARR, defendant, did knowingly and intentionally possess firearms, namely, (1) Norinco, Model: SKS, 7.62x39mm semi-automatic rifle, SN: 1613818, and (2) H. Weihrauch Sportwaffen Mellrichstodt, Model: HW357 Warrior, .357 Magnum, Revolver, SN: 1024250, in furtherance of

the drug trafficking crimes alleged in Count One of this Information, that is, conspiracy to distribute cocaine, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Forfeiture Provision

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846 and/or Section 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

If any of the property described above, as a result of any act or omission of the defendant[s]:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided

without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

The United States further reserves its right to seek forfeiture in the form of a money judgment against any of the defendants named herein in an amount equal to the illegal proceeds obtained by the defendants as result of the violations specified in this Information.

                                                                                      */s/ Felicia C. Adams*
                                                                                    UNITED STATES ATTORNEY